UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-22290-Civ-SCOLA/BANDSTRA

TIFFANY N. THORNE,

    Plaintiff,

vs.

ACCOUNTS RECEIVABLE MANAGEMENT,
INC. and JOHN DOE,

    Defendant.
_____/

### ORDER AWARDING STATUTORY DAMAGES AND CLOSING CASE

THIS MATTER is before the Court on the Parties' Joint Notice Regarding Statutory Damages (ECF No. 81). On July 24, 2012, this Court granted summary judgment for the Plaintiff as to liability only on Count I of the Complaint (ECF No. 80). In that Order, the parties were directed to file a Joint Notice Regarding Statutory Damages which stated whether the parties disputed the amount of statutory damages to be awarded to the Plaintiff under 15 USC § 1692k(a)(2)(A). In their Joint Notice, the parties have stated that they do not dispute that the Plaintiff is to be awarded $1,000 in statutory damages. Having reviewed the Joint Notice, the record, and the relevant legal authorities, it is **ORDERED and ADJUDGED** that

    (1) The Plaintiff is to be awarded $1,000 in statutory damages, pursuant to 15 USC § 1692k(a)(2)(A).

    (2) The Calendar Call scheduled for September 4, 2012 at 9:00 AM is **CANCELLED**.

    (3) All pending Motions are **DENIED AS MOOT**.

    (4) The Clerk of Court shall **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Miami, Florida on August 20, 2012.

                                                              _____
                                                               ROBERT N. SCOLA, JR.
                                                               UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of Record*